# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Joseph Thomas Konupka III**<br>     **aka Joseph Thomas Konupka**<br><br>                        **Debtor** | **BK NO. 19-02953 HWV**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Crescent Mortgage Company and index same on the master mailing list.

                                     Respectfully submitted,

                                     **/s/ James C. Warmbrodt, Esquire**
                                     James C. Warmbrodt, Esquire
                                     KML Law Group, P.C.
                                     BNY Mellon Independence Center
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA  19106
                                     215-627-1322