IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:19-bk-02953 |
| | : | |
| | : | CHAPTER 13 |
| JOSEPH THOMAS KONUPKA, III | : | |
| aka Joseph Thomas Konupka | : | |

    Debtor(s)

## MOTION TO CONTINUE HEARING

   COMES NOW the Debtor, Joseph Thomas Konupka, III and  , by and through Kara K. Gendron, Esquire of  Mott & Gendron Law, and requests a continuance, respectfully stating in support thereof:

   1.  The Debtor filed a Chapter 13 Petition on July 10, 2019.
   2.   The Debtor filed a motion to extend the automatic stay and the Bankruptcy Court scheduled a hearing on 8/6/19.
   3.  Objections to the Motion are due 8/4/19 and none have been filed to date, but it is unknown whether the hearing will be necessary.
   4.  In the event that the Court finds that a hearing is necessary, Debtor's counsel requests that the hearing be continued because she is out of town that week.

    WHEREFORE, the Debtor respectfully requests that this Court enter an order continuing the hearing.

                                              Respectfully submitted,

                                              /s/ Kara K. Gendron
                                              Kara K. Gendron, Esquire
                                              Mott & Gendron Law
                                              125 State Street
                                              Harrisburg, PA 17101
                                              (717) 232–6650 TEL
                                              (717) 232-0477 FAX
                                              karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:19-bk-02953 |
| | : | |
| | : | |
| **JOSEPH THOMAS KONUPKA, III** | : | CHAPTER 13 |
| aka Joseph Thomas Konupka | : | |

    **Debtor(s)**

### **O R D E R**

UPON CONSIDERATION of the Motion For Rescheduling the Hearing, it is hereby ORDERED AND DECREED that the hearing scheduled for _____. is rescheduled to _____, 2019 at ____ __. m. in Harrisburg, Pennsylvania.