```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                   Case No. 19-02953-HWV
Joseph Thomas Konupka, III                                                               Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: CKovach                Page 1 of 2                  Date Rcvd: Aug 08, 2019
                               Form ID: pdf010              Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
db             +Joseph Thomas Konupka, III,    407 Wiconisco Street,    Harrisburg, PA 17110-2022
5220769        +AAA DEBT REC,    PO BOX 129,    MONROEVILLE, PA 15146-0129
5220770        +AES/SUNTRUST,    PO BOX 2461,    HARRISBURG, PA 17105-2461
5220771         BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
5220772        +CAINE & WEINER,    1699 E WOODFIELD ROAD,    SCHAUMBURG, IL 60173-4935
5220774         CCB/BOSCOV,    BANKRUPTCY NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
5220777         COMMONWEALTH OF PA,    DEPARTMENT OF REVENUE,    BUREAU OF INDIVIDUAL TAXES,    DEPT 280432,
                 HARRISBURG, PA 17128-0432
5220779        +CRESCENT MORTGAGE COMPANY,    6600 PEACHTREE DUNWOOD RD NE,    600 EMBASSY ROW SUITE 650,
                 ATLANTA, GA 30328-1638
5220780        +CRESCENT MORTGAGE COMPANY,    425 PHILLIPS BLVD,    EWING, NJ 08618-1430
5231614        +ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
5220781         ECMC BK NOTICES,    111 WASHINGTON AVE S, STE 1400,    MINNEAPOLIS, MN 55401-6800
5220782        +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
5229837        +First National Bank of Pennsylvania,    c/o AAS Debt Recovery Inc,
                 2526 Monroeville Blvd Suite 205,    Monroeville, PA 15146-2371
5220785        +KML LAW GROUP PC,    SUITE 5000 - BNY INDEPENDENCE CENTER,    701 MARKET STREET,
                 PHILADELPHIA, PA 19106-1538
5220786        +LEON P HALLER, ESQUIRE,    PURCELL, KRUG & HALLER,    1719 N FRONT STREET,
                 HARRISBURG, PA 17102-2392
5220788        +MEAGAN HARTRY,    407 WICONISCO STREET,    HARRISBURG, PA 17110-2022
5220789        +MS HERSHEY MEDICAL CENTER,    PATIENT FINANCIAL SERVICES,    PO BOX 853 MC-A410,
                 HERSHEY, PA 17033-0853
5220790         MSHMC PHYSICIANS GROUP,    BILLING SERVICES,    PO BOX 854,    HERSHEY, PA 17033-0854
5220791         PHFA (CORRESPONDENCE),    211 N FRONT STREET,    PO BOX 15530,    HARRISBURG, PA 17105-5530
5220792        +PINNACLE CREDIT SERVICES,    C/O CREDITORS BANKRUPTCY SVC,    PO BOX 740933,
                 DALLAS TX 75374-0933
5220794        +PROGRESSIVE INSURANCE,    5165 CHAMPUS DR, STE 100,    PLYMOUTH MEETING, PA 19462-1639
5220798         TEMPLE UNIVERSITY,    PO BOX 828799,    PHILADELPHIA, PA 19182-8799
5220799        +TORRES CREDIT SERVICES,    27 FAIRVIEW ST,    PO BOX 189,    CARLISLE, PA 17013-0189
5220800       ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
                (address filed with court: UGI CORP,    225 MORGANTOWN RD,    READING, PA 19611)
5220801        +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5220802        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2019 19:30:57
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5220773        +E-mail/Text: bankruptcy@cavps.com Aug 08 2019 19:26:01     CAVALRY PORTFOLIO SERVICES LLC (p),
                 500 SUMMIT LAKE DR, STE 400,    VALHALLA, NY 10595-2322
5220775        +E-mail/Text: dehartstaff@pamd13trustee.com Aug 08 2019 19:26:04     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5220776         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2019 19:25:53     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5220778         E-mail/PDF: creditonebknotifications@resurgent.com Aug 08 2019 19:31:31     CREDITONE BANK,
                 CUSTOMER BILLING AND CORRESPONDENCE,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
5221879        +E-mail/Text: bankruptcy@cavps.com Aug 08 2019 19:26:01     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5231614        +E-mail/Text: ECMCBKNotices@ecmc.org Aug 08 2019 19:25:46     ECMC,    PO BOX 16408,
                 St Paul, MN 55116-0408
5220783         E-mail/Text: cio.bncmail@irs.gov Aug 08 2019 19:25:40     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5220784         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 08 2019 19:26:01     JEFFCAPSYS,    16 MCLELAND RD,
                 SAINT CLOUD, MN 56303
5220787        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2019 19:31:05     LVNV FUNDING LLC,
                 BK NOTICES,    55 BEATTIE PL STE 110 MS576,    GREENVILLE, SC 29601-2165
5224203         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2019 19:31:02     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5220793         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2019 19:53:53
                 PORTFOLIO RECOVERY ASSOCIATES LLC,    BK NOTICES,    PO BOX 41067,    NORFOLK, VA 23541
5225776         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2019 19:25:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5220795         E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2019 19:25:48
                 QUANTUM3 GROUP LLC as Agent for,    COMENITY CAPITAL BANK,    PO BOX 788,
                 KIRKLAND, WA 98083-0788
5223362         E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2019 19:25:48
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
5223359         E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2019 19:25:48
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5220796        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2019 19:31:04
                 RESURGENT CAPITAL SERVICES,    55 BEATTIE PLACE #110,    GREENVILLE, SC 29601-5115
5220797         E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 19:31:20      SYNCB/HHGREG,    PO BOX 965061,
                 ORLANDO, FL 32896-5061
5221392        +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 19:31:20      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
5220803         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 08 2019 19:23:28
                 VERIZON WIRELESS,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
5220804        +E-mail/Text: bnc-bluestem@quantum3group.com Aug 08 2019 19:26:05       WEBBNK/FHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 21

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Joseph Thomas Konupka, III DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt     on behalf of Creditor    Crescent Mortgage Company bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Joseph Thomas Konupka, III
               karagendronecf@gmail.com,   doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JOSEPH THOMAS KONUPKA, III :
: CASE NO. 1:19-bk-02953
aka Joseph Thomas Konupka :
:
:
Debtor(s)

ORDER

UPON CONSIDERATION of the Motion to Extend the Automatic Stay, and cause appearing therefore, it is hereby

ORDERED AND DECREED that automatic stay remains unaffected as to property of the estate and thus the stay continues to protect property of the estate until the closing of the case or further order of the Court; and

IT IS FURTHER ORDERED AND DECREED that pursuant to the Debtor's motion, the automatic stay as to the debtor and the debtor's property shall continue until the closing of the case or further order of the Court.

Dated: August 8, 2019                By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)