```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                                                              Case No. 19-02953-HWV  
Joseph Thomas Konupka, III                                                             Chapter 13  
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1         User: CKovach            Page 1 of 1                Date Rcvd: Aug 22, 2019  
                           Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.  
5220772        +CAINE & WEINER,    1699 E WOODFIELD ROAD,    SCHAUMBURG, IL 60173-4935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
             +E-mail/Text: bankruptcy@cavps.com Aug 22 2019 19:21:41      Cavalry SPV I LLC,    Att Andrew Zaro,  
           CEO and President,    500 Summit Lake Dr Ste 400,    Valhalla, NY 10595-2321  
                                                                                                                                                                                                                                                                                     TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:  
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
          Dorothy L Mott    on behalf of Debtor 1 Joseph Thomas Konupka, III DorieMott@aol.com,  
          KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com  
          James Warmbrodt    on behalf of Creditor    Crescent Mortgage Company bkgroup@kmllawgroup.com  
          Kara Katherine Gendron    on behalf of Debtor 1 Joseph Thomas Konupka, III  
          karagendronecf@gmail.com,    doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com  
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                                                                                                                                                          TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH THOMAS KONUPKA, III | : | |
| aka Joseph Thomas Konupka, | : | CASE NO. 1:19-bk-02953-HWV |
|     Debtor | : | |
| | : | |
| JOSEPH THOMAS KONUPKA, III | : | |
| aka Joseph Thomas Konupka, | : | |
|     Movant | : | |
| v. | : | |
| CAVALRY SPV I LLC, as assignee of | : | OBJECTION TO CLAIM # 1 |
| Capital One Bank (USA), N.A., | : | |
|     Respondent/Claimant | | |

## O R D E R

UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtor, it is hereby

ORDERED that the claim of the Respondent is disallowed and dismissed; it is further

ORDERED that the Claimant is precluded from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i)

Dated: August 21, 2019

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (LS)