```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 19-02953-HWV
Joseph Thomas Konupka, III                                                              Chapter 13
       Debtor                           CERTIFICATE OF NOTICE
District/off: 0314-1           User: CKovach                Page 1 of 2                 Date Rcvd: Sep 17, 2019
                               Form ID: ntcnfhrg            Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db             +Joseph Thomas Konupka, III,   407 Wiconisco Street,   Harrisburg, PA 17110-2022
5220769        +AAA DEBT REC,   PO BOX 129,   MONROEVILLE, PA 15146-0129
5220770        +AES/SUNTRUST,   PO BOX 2461,   HARRISBURG, PA 17105-2461
5220771         BUREAU OF ACCOUNT MGMT,   3607 ROSEMONT AVE STE 502,   PO BOX 8875,   CAMP HILL, PA 17001-8875
5220772        +CAINE & WEINER,   1699 E WOODFIELD ROAD,   SCHAUMBURG, IL 60173-4935
5220774         CCB/BOSCOV,   BANKRUPTCY NOTICES,   PO BOX 183043,   COLUMBUS, OH 43218-3043
5220777         COMMONWEALTH OF PA,   DEPARTMENT OF REVENUE,   BUREAU OF INDIVIDUAL TAXES,   DEPT 280432,
                 HARRISBURG, PA 17128-0432
5220779        +CRESCENT MORTGAGE COMPANY,   6600 PEACHTREE DUNWOOD RD NE,   600 EMBASSY ROW SUITE 650,
                 ATLANTA, GA 30328-1638
5220780        +CRESCENT MORTGAGE COMPANY,   425 PHILLIPS BLVD,   EWING, NJ 08618-1430
5231614        +ECMC,   PO BOX 16408,   St Paul, MN 55116-0408
5220781         ECMC   BK NOTICES,   111 WASHINGTON AVE S, STE 1400,   MINNEAPOLIS, MN 55401-6800
5220782        +FIRST PREMIER BANK,   3820 N LOUISE AVENUE,   SIOUX FALLS SD 57107-0145
5229837        +First National Bank of Pennsylvania,   c/o AAS Debt Recovery Inc,
                 2526 Monroeville Blvd Suite 205,   Monroeville, PA 15146-2371
5220785        +KML LAW GROUP PC,   SUITE 5000 - BNY INDEPENDENCE CENTER,   701 MARKET STREET,
                 PHILADELPHIA, PA 19106-1538
5220786        +LEON P HALLER, ESQUIRE,   PURCELL, KRUG & HALLER,   1719 N FRONT STREET,
                 HARRISBURG, PA 17102-2392
5220788        +MEAGAN HARTRY,   407 WICONISCO STREET,   HARRISBURG, PA 17110-2022
5220789        +MS HERSHEY MEDICAL CENTER,   PATIENT FINANCIAL SERVICES,   PO BOX 853 MC-A410,
                 HERSHEY, PA 17033-0853
5220790         MSHMC PHYSICIANS GROUP,   BILLING SERVICES,   PO BOX 854,   HERSHEY, PA 17033-0854
5220791         PHFA (CORRESPONDENCE),   211 N FRONT STREET,   PO BOX 15530,   HARRISBURG, PA 17105-5530
5220792        +PINNACLE CREDIT SERVICES,   C/O CREDITORS BANKRUPTCY SVC,   PO BOX 740933,
                 DALLAS TX 75374-0933
5220794        +PROGRESSIVE INSURANCE,   5165 CHAMPUS DR, STE 100,   PLYMOUTH MEETING, PA 19462-1639
5220798         TEMPLE UNIVERSITY,   PO BOX 828799,   PHILADELPHIA, PA 19182-8799
5220799        +TORRES CREDIT SERVICES,   27 FAIRVIEW ST,   PO BOX 189,   CARLISLE, PA 17013-0189
5220800       ++UGI UTILITIES INC,   ATTN CREDIT & COLLECTIONS,   P O BOX 13009,   READING PA 19612-3009
                 (address filed with court:   UGI CORP,   225 MORGANTOWN RD,   READING, PA 19611)
5220801        +UNEMP COMP OVERPAYMENT MATTERS,   DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,   HARRISBURG, PA 17121-0751
5220802        +UNEMPL COMP TAX MATTERS,   HARRISBURG CASES L&I OFF CHIEF COUNSEL,   651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 19:29:45
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5220773        +E-mail/Text: bankruptcy@cavps.com Sep 17 2019 19:10:51     CAVALRY PORTFOLIO SERVICES LLC (p),
                 500 SUMMIT LAKE DR, STE 400,   VALHALLA, NY 10595-2322
5220775        +E-mail/Text: dehartstaff@pamd13trustee.com Sep 17 2019 19:10:53     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
5220776         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2019 19:10:43     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,   PO BOX 280946,   HARRISBURG, PA 17128-0946
5220778         E-mail/PDF: creditonebknotifications@resurgent.com Sep 17 2019 19:07:50     CREDITONE BANK,
                 CUSTOMER BILLING AND CORRESPONDENCE,   PO BOX 98873,   LAS VEGAS, NV 89193-8873
5221879        +E-mail/Text: bankruptcy@cavps.com Sep 17 2019 19:10:51     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5220783         E-mail/Text: cio.bncmail@irs.gov Sep 17 2019 19:10:34     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5220784         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2019 19:10:50     JEFFCAPSYS,   16 MCLELAND RD,
                 SAINT CLOUD, MN 56303
5220787        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 19:07:50     LVNV FUNDING LLC,
                 BK NOTICES,   55 BEATTIE PL STE 110 MS576,   GREENVILLE, SC 29601-2165
5224203         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 19:08:02     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5220793         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 19:08:12
                 PORTFOLIO RECOVERY ASSOCIATES LLC,   BK NOTICES,   PO BOX 41067,   NORFOLK, VA 23541
5246256         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 19:07:48
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5225776         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2019 19:10:43
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5236977        +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2019 19:10:50     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
5220795         E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2019 19:10:40
                 QUANTUM3 GROUP LLC as Agent for,   COMENITY CAPITAL BANK,   PO BOX 788,
                 KIRKLAND, WA 98083-0788
5223362         E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2019 19:10:40
                 Quantum3 Group LLC as agent for,   MOMA Trust LLC,   PO Box 788,   Kirkland, WA  98083-0788
```

```
District/off: 0314-1           User: CKovach             Page 2 of 2            Date Rcvd: Sep 17, 2019
                               Form ID: ntcnfhrg         Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5223359        E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2019 19:10:40
               Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
               Kirkland, WA   98083-0788
5220796       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 19:07:50
               RESURGENT CAPITAL SERVICES,    55 BEATTIE PLACE #110,    GREENVILLE, SC 29601-5115
5220797        E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 19:07:56     SYNCB/HHGREG,    PO BOX 965061,
               ORLANDO, FL 32896-5061
5221392       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 19:07:56     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5220803        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 17 2019 19:10:31
               VERIZON WIRELESS,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
5220804       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 17 2019 19:10:54     WEBBNK/FHUT,
               6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Joseph Thomas Konupka, III DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt     on behalf of Creditor    Crescent Mortgage Company bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Joseph Thomas Konupka, III
               karagendronecf@gmail.com,    doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| :--- | :--- | :--- |
| Joseph Thomas Konupka III,<br>aka Joseph Thomas Konupka, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19–bk–02953–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 16, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd<br>Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: October 23, 2019<br><br>Time: 09:30 AM |
| :--- | :--- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CKovach, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 17, 2019 |

ntcnfhrg (03/18)