IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH THOMAS KONUPKA, III | : | |
| AKA JOSEPH THOMAS KONUPKA | : | CASE NO. 1:19-bk-02953 |
|    Debtor | : | |
| | : | |
| JOSEPH THOMAS KONUPKA, III | : | |
| aka Joseph Thomas Konupka, | : | |
|    Movant | : | |
| | : | |
|    v. | : | |
| | : | |
| PENNSYLVANIA HOUSING FINANCE | : | |
| AGENCY, | : | |
|    Respondent | : | |

**CERTIFICATE OF CONCURRENCE**

    I hereby certify that on January 6, 2020 I received correspondence from Iman McAllister, Assistant Counsel to PENNSYLVANIA HOUSING FINANCE AGENCY, and received concurrence in the motion to determine secured status..

    Respectfully submitted,

    /s/ Dorothy L. Mott
    Dorothy L. Mott, Esquire
    Mott & Gendron Law
    125 State Street
    Harrisburg, PA 17101
    (717) 232–6650 TEL
    doriemott@aol.com