```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 19-02953-HWV
Joseph Thomas Konupka, III                                        Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: Christina           Page 1 of 1           Date Rcvd: Jan 07, 2020
                            Form ID: pdf010           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
5220791        PHFA (CORRESPONDENCE),   211 N FRONT STREET,   PO BOX 15530,   HARRISBURG, PA 17105-5530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5287863       E-mail/Text: blegal@phfa.org Jan 07 2020 19:19:17    PHFA/HEMAP,   211 NORTH FRONT ST,
               PO BOX 8029,   HARRISBURG, PA 17105
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Joseph Thomas Konupka, III DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor   Crescent Mortgage Company bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Joseph Thomas Konupka, III
               karagendronecf@gmail.com,  doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>JOSEPH THOMAS KONUPKA, III<br>aka Joseph Thomas Konupka,<br>    Debtor | : <br> : <br> : <br> : <br> : | CHAPTER 13 <br><br> CASE NO. 1:19-bk-02953 |
| JOSEPH THOMAS KONUPKA, III<br>aka Joseph Thomas Konupka,<br>    Movant | : <br> : <br> : <br> : | |
| v. | : <br> : | |
| PENNSYLVANIA HOUSING FINANCE<br>AGENCY,<br>    Respondent/Claimant | : <br> : <br> : <br> : <br> : <br> : | |

## O R D E R

    UPON CONSIDERATION of the Motion to Determine Secured Status, and after notice and opportunity for hearing thereon, it is hereby
    ORDERED AND DECREED that
    (i) the motion is granted; and
    (ii) the value of the Property is $55,000.00; and
    (iii) the claim of Pennsylvania Housing Finance Agency is unsecured; and
    (iv) the Pennsylvania Housing Finance Agency mortgage is avoided upon completion of the Chapter 13 plan; and
    (v) Pennsylvania Housing Finance Agency shall satisfy the mortgage of record within 60 days of the entry of the discharge order.

Dated: January 7, 2020

By the Court,

*Henry W. Van Eck* (JH)
Henry W. Van Eck, Chief Bankruptcy Judge