IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| JOSEPH THOMAS KONUPKA, III : | |
| : | CASE NO. 1:19-bk-02953 |
| aka Joseph Thomas Konupka : | |
| Debtor : | |
| : | |
| CRESCENT MORTGAGE COMPANY : | |
| Movant : | |
| : | |
| JOSEPH THOMAS KONUPKA, III : | |
| : | |
| aka Joseph Thomas Konupka : | |
| Respondent | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. The Debtor's plan provides for conduit mortgage payments. The Debtor was seriously ill and unable to work for two weeks which caused him to fall behind slightly ($735) with the Trustee, but he will cure the plan arrearages within a short period of time.
7. Denied. See response to paragraph 6.
8. Denied. See response to paragraph 6.
9. Denied. Debtor is $735.00 behind with the trustee but will cure the arrearages quickly.
10. The Debtor lacks knowledge or information sufficient to form a belief as to the truth of this averment, and therefore denies the same.
11. The Debtor lacks knowledge or information sufficient to form a belief as to the truth of this averment, and therefore denies the same.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

Case 1:19-bk-02953-HWV    Doc 60    Filed 08/10/22    Entered 08/10/22 11:37:51    Desc
Main Document    Page 1 of 2

/s/ Kara K. Gendron

--------------------------------------

Kara K. Gendron, Esquire  
Attorney ID #87577  
MOTT & GENDRON LAW  
125 State Street  
Harrisburg, PA 17101  
http://www.mottgendronlaw.com  
T: (717) 232-6650 | F: (717) 232-0477  
karagendron@gmail.com