United States Bankruptcy Court
Middle District of Pennsylvania

In re:                      Case No. 19-02953-HWV
Joseph Thomas Konupka, III        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: AutoDocke            Page 1 of 4
Date Rcvd: Oct 10, 2024        Form ID: ordsmiss          Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Thomas Konupka, III, 407 Wiconisco Street, Harrisburg, PA 17110-2022 |
| 5220769 | + | AAA DEBT REC, PO BOX 129, MONROEVILLE, PA 15146-0129 |
| 5220777 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAXES, DEPT 280432, HARRISBURG, PA 17128-0432 |
| 5220779 | + | CRESCENT MONTGAGE COMPANY, 6600 PEACHTREE DUNWOOD RD NE, 600 EMBASSY ROW SUITE 650, ATLANTA, GA 30328-1638 |
| 5220780 | + | CRESCENT MORTGAGE COMPANY, 425 PHILLIPS BLVD, EWING, NJ 08618-1430 |
| 5220781 | | ECMC BK NOTICES, 111 WASHINGTON AVE S, STE 1400, MINNEAPOLIS, MN 55401-6800 |
| 5229837 | + | First National Bank of Pennsylvania, c/o AAS Debt Recovery Inc, 2526 Monroeville Blvd Suite 205, Monroeville, PA 15146-2371 |
| 5220786 | + | LEON P HALLER, ESQUIRE, PURCELL, KRUG & HALLER, 1719 N FRONT STREET, HARRISBURG, PA 17102-2392 |
| 5220788 | + | MEAGAN HARTRY, 407 WICONISCO STREET, HARRISBURG, PA 17110-2022 |
| 5220789 | + | MS HERSHEY MEDICAL CENTER, PATIENT FINANCIAL SERVICES, PO BOX 853 MC-A410, HERSHEY, PA 17033-0853 |
| 5220790 | | MSHMC PHYSICIANS GROUP, BILLING SERVICES, PO BOX 854, HERSHEY, PA 17033-0854 |
| 5220791 | | PHFA (CORRESPONDENCE), 211 N FRONT STREET, PO BOX 15530, HARRISBURG, PA 17105-5530 |
| 5220792 | + | PINNACLE CREDIT SERVICES, C/O CREDITORS BANKRUPTCY SVC, PO BOX 740933, DALLAS TX 75374-0933 |
| 5220798 | | TEMPLE UNIVERSITY, PO BOX 828799, PHILADELPHIA, PA 19182-8799 |
| 5220799 | + | TORRES CREDIT SERVICES, 27 FAIRVIEW ST, PO BOX 189, CARLISLE, PA 17013-0189 |
| 5220800 | ++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009 address filed with court:, UGI CORP, 225 MORGANTOWN RD, READING, PA 19611 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 10 2024 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5220770 | + | Email/Text: bncnotifications@pheaa.org | Oct 10 2024 18:50:00 | AES/SUNTRUST, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 5220771 | | Email/Text: Bankruptcy@BAMcollections.com | Oct 10 2024 18:51:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5220772 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 10 2024 18:50:40 | CAINE & WEINER, 1699 E WOODFIELD ROAD, SCHAUMBURG, IL 60173-4935 |
| 5220773 | | Email/Text: bankruptcy@cavps.com | Oct 10 2024 18:51:00 | CAVALRY PORTFOLIO SERVICES LLC (p), 500 SUMMIT LAKE DR, STE 400, VALHALLA, NY 10595-2321 |
| 5220774 | | EDI: WFNNB.COM | Oct 10 2024 22:45:00 | CCB/BOSCOV, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5220776 | | EDI: PENNDEPTREV | Oct 10 2024 22:45:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5220776 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 10 2024 18:51:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5220778 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 10 2024 18:54:11 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5221879 | + | Email/Text: bankruptcy@cavps.com | Oct 10 2024 18:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5247823 | + | Email/Text: BKelectronicnotices@cenlar.com | Oct 10 2024 18:50:00 | Crescent Mortgage Company, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 5220801 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 10 2024 18:50:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5231614 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 10 2024 18:51:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5220782 | + | EDI: AMINFOFP.COM | Oct 10 2024 22:45:00 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |
| 5220783 | | EDI: IRS.COM | Oct 10 2024 22:45:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5220775 | | Email/Text: info@pamd13trustee.com | Oct 10 2024 18:50:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5220784 | | EDI: JEFFERSONCAP.COM | Oct 10 2024 22:45:00 | JEFFCAPSYS, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 5220785 | ^ | MEBN | Oct 10 2024 18:46:13 | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5220787 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2024 18:54:22 | LVNV FUNDING LLC, BK NOTICES, 55 BEATTIE PL STE 110 MS576, GREENVILLE, SC 29601-2165 |
| 5224203 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2024 18:54:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5287863 | | Email/Text: blegal@phfa.org | Oct 10 2024 18:51:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 5220793 | | EDI: PRA.COM | Oct 10 2024 22:45:00 | PORTFOLIO RECOVERY ASSOCIATES LLC, BK NOTICES, PO BOX 41067, NORFOLK, VA 23541 |
| 5246256 | | EDI: PRA.COM | Oct 10 2024 22:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5220794 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 10 2024 18:50:00 | PROGRESSIVE INSURANCE, 5165 CHAMPUS DR, STE 100, PLYMOUTH MEETING, PA 19462-1133 |
| 5225776 | | EDI: PENNDEPTREV | Oct 10 2024 22:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5225776 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2024 18:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5236977 | + | EDI: JEFFERSONCAP.COM | Oct 10 2024 22:45:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5220795 | | EDI: Q3G.COM | Oct 10 2024 22:45:00 | QUANTUM3 GROUP LLC as Agent for, COMENITY CAPITAL BANK, PO BOX 788, KIRKLAND, WA 98083-0788 |
| 5223359 | | EDI: Q3G.COM | Oct 10 2024 22:45:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA |

| | | | | |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 5223362 | | EDI: Q3G.COM | Oct 10 2024 22:45:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5220796 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2024 18:54:36 | RESURGENT CAPITAL SERVICES, 55 BEATTIE PLACE #110, GREENVILLE, SC 29601-5115 |
| 5220797 | | EDI: SYNC | Oct 10 2024 22:45:00 | SYNCB/HHGREG, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5221392 | ^ | MEBN | Oct 10 2024 18:48:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5220802 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 10 2024 18:50:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5220803 | | EDI: VERIZONCOMB.COM | Oct 10 2024 22:45:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5220804 | + | EDI: BLUESTEM | Oct 10 2024 22:45:00 | WEBBNK/FHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 12, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Crescent Mortgage Company bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L Mott | |
| | on behalf of Debtor 1 Joseph Thomas Konupka  III DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |
| | on behalf of Creditor Crescent Mortgage Company bkgroup@kmllawgroup.com |

| | |
| --- | --- |
| Kara Katherine Gendron | on behalf of Debtor 1 Joseph Thomas Konupka III karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Joseph Thomas Konupka III,<br>aka Joseph Thomas Konupka, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19−bk−02953−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 10, 2024

ordsmiss (05/18)