UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: JOSEPH THOMAS KONUPKA, III
AKA JOSEPH THOMAS KONUPKA

CHAPTER 13

Debtor(s)

CASE NO: 1-19-02953HWV

## FUNDS REMITTED TO COURT

Please find here to check number 9020888 in the amount of $10.71 representing unclaimed funds owed to Debtor(s), Joseph Thomas Konupka, III. The Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Debtor(s). Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999-0 | JOSEPH THOMAS KONUPKA, III<br>407 WICONISCO STREET<br>HARRISBURG, PA   17110 | $10.71 |

Dated: July 22, 2025

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
email: info@pamd13trustee.com